**No. 61606.**—Ameln Brothers, Inc. v. United States, protests 310875–K and 309756–K (Boston).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of sprats in oil, packed in tins, similar in all material respects to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C. D. 1862), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 28, 1958

**No. 61607.**—Louis Weinberg Assoc., Inc. v. United States, protest 304912–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61608.**—Porath & Magneheim, Inc. v. United States, protest 304947–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61609.**—Gehrig, Hoban & Co., Inc. v. United States, protest 305978–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61610.**—Paolo Alonge, Inc., et al. v. United States, protests 169648–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of condimento similar in all material respects to that the subject of *Paolo Alonge, Inc.* v. *United States* (38 Cust. Ct. 351, C. D. 1886), the claim of the plaintiffs was sustained.